[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-14361
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00255-TWT-RGV-8

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DERRICK POWELL,
a.k.a. Carlos Dawson,
a.k.a. Dip,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(June 15, 2015)

Before TJOFLAT, MARCUS and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

David H. Jones, appointed counsel for Derrick Powell in this criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Powell's convictions and sentences are **AFFIRMED**.